BANK OF ANGELICA, Respondent, *v.* ELMER E. MILLER et al., Appellants.

*Bills, notes and checks — action to recover on two promissory notes.*

Bank of Angelica v. Miller, 187 App. Div. 969, affirmed.

(Argued December 15, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon two promissory notes.

*John Griffin* for appellants.
*D. D. Dickson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.